**GOTTLIEB & ASSOCIATES**
ATTORNEYS

150 E. 18th St., Suite PHR • New York, NY 10003
Tel (212) 228-9795 • Fax (212) 982-6284
NYJG@aol.com

November 20, 2020

<u>**VIA ECF**</u>

The Honorable Katherine Polk Failla
United States District Judge
United States District Court
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007



Re:   *Calcano v. Apfelbaum Philatelists, Inc., et al.,*
      <u>Case No.: 1:20-cv-6875-KPF</u>

Dear Judge Failla,

The undersigned represents Marcos Calcano, on behalf of himself and all other persons similarly situated ("Plaintiff") in the above referenced matter against Defendants, Apfelbaum Philatelists, Inc., Apfelbaum Auctioneers, Inc., and Apfelbaum, Earl P. L. Inc., (hereinafter collectively referred to as "Defendant"). The undersigned respectfully requests that the Initial Conference scheduled for December 1, 2020 at 4:00 PM (Dkt. 9) be adjourned for 60 days because Counsel for Defendant has not yet answered or appeared in this action although I have communicated with Defendant's prospective Counsel. This request will grant ample time for the Defendant to retain Counsel in order that they may appear in this action and respond to the Complaint and attempt to resolve this case prior to the requested adjourned Initial Conference.

Respectfully submitted,

GOTTLIEB & ASSOCIATES

*/s/ Jeffrey M. Gottlieb, Esq.*

Jeffrey M. Gottlieb, Esq.

cc: All counsel of record via ECF

Application GRANTED.  The initial pretrial conference scheduled for
December 1, 2020, is here ADJOURNED to February 1, 2021, at 4:00 p.m.  At
the appointed time, the parties shall call (888) 363-4749 and enter access
code 5123533.  Please note, the conference will not be available prior to
4:00 p.m.  The parties' joint pre-conference letter and proposed case
management plan (see Dkt. #9), shall be due on or by January 28, 2021.

Dated:     November 20, 2020          SO ORDERED.
           New York, New York

           HON. KATHERINE POLK FAILLA
           UNITED STATES DISTRICT JUDGE